IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ELBERT LEE WILLIAMS, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden WILLIAM TERRY, | : | NO. 7:11-cv-156 (HL) |
| Respondent | : | **O R D E R** |

Petitioner **ELBERT LEE WILLIAMS** filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254.  On November 22, 2011, the Court ordered Petitioner to supplement his petition to provide more information regarding exhaustion of his state remedies. Petitioner responded by filing a document, which the Clerk's Office docketed as a motion, in which he requests that "this case be r[e]moved or dismiss[ed] at this time" (Doc. 8).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a peitioner may voluntarily dismiss his action  "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondent has not yet served an answer or a motion for summary judgment. Accordingly, Petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 14th day of December, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr